PER CURIAM.
Appeal No. 5D01-2520 AFFIRMED. See § 39.01(30)(i), Fla Stat. (2000); D.D. v. D.C.F., 773 So.2d 615 (Fla. 5th DCA 2000).
Appeal No. 5D01-2521 DISMISSED. See N.S.H. v. Department of Children and Family Services, 803 So.2d 877 (Fla. 5th DCA 2002), rev. granted, Table No. SC02-261, 819 So.2d 137 (Fla.2002); Ostrum v. Department of Health and Rehabilitative Services, 663 So.2d 1359 (Fla. 4th DCA 1995).
THOMPSON, C.J., PETERSON and PLEUS, JJ., concur.